# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUROTECH, LLC, et al., | CASE NO. CV F 12-0213 LJO JLT |
| Plaintiffs, vs. | **ORDER TO DISMISS DEFENDANT** (Doc. 13.) |
| IPOINTER, INC., et al., | |
| Defendants. / | |

Based on plaintiffs' notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action as to defendant Christopher Frank only. The clerk is directed NOT to close this action.

IT IS SO ORDERED.

**Dated:   March 22, 2012**          /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

1