UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUROTECH, LLC et al., | Case No.: 1:12-cv-00213 LJO JLT |
| Plaintiffs, | ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS INTELLIGENT GAMING, LLC AND MICHAEL DENARI TO FILE RESPONSIVE PLEADING |
| v. | |
| IPOINTER, INC, et al., | |
| Defendants. | (Doc. 16) |

Before the Court is the stipulation of the parties to extend time for Defendants, Intelligent Gaming, LLC and Michael Denari, to file responsive pleadings. (Doc. 16) The parties have agreed that these Defendants may have an additional seven days to accomplish this task. Id. at 2.

Therefore, good cause appearing, the Court **ORDERS**:

1. The stipulation to extend time for Defendants, Intelligent Gaming, LLC and Michael Denari to file a responsive pleading is **GRANTED**;

2. Defendants, Intelligent Gaming, LLC and Michael Denari **SHALL** file their pleadings responsive to the complaint no later than April 11, 2012.

IT IS SO ORDERED.

Dated:  **April 4, 2012**                              /s/ Jennifer L. Thurston
                                                       UNITED STATES MAGISTRATE JUDGE