1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| YUROTECH, LLC, a California limited liability company; and REALTY POINTER, Inc. a California corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>IPOINTER, INC., a Delaware corporation; CHRISTOPHER FRANK, an individual; TIM DENARI, an individual; MICHAEL DENARI, an individual; INTELLIGENT GAMING LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO. 1:12-cv-00213 LJO JLT<br><br>**ORDER GRANTING STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS INTELLIGENT GAMING, LLC, TIM DENARI, AND MICHAEL DENARI TO RESPOND TO COMPLAINT**<br><br>**(Doc. 19)** |

Before the Court is the stipulation of counsel, to extend the deadline for Intelligent Gaming, LLC, Tim Denari, and Michael Denari to file a responsive pleading to the complaint. (Doc. 19)  This is the third extension for Intelligent Gaming, LLC and Michael Denari and the first extension for Tim Denari.  (Docs. 12, 16, 19)  The parties report that they are in active settlement negotiations and anticipate finalizing the settlement within an unspecified time.  (Doc. 19 at 2)  Alternatively, if the settlement is not achieved, the defendants wish to file a single responsive pleading for all.  Id.

## ORDER

Good cause appearing, the Court ORDERS:

1.       The stipulation of counsel to extend time for defendants, Intelligent Gaming, LLC, Tim Denari, and Michael Denari, to file a responsive pleading to the complaint is **GRANTED**.  The responsive pleading SHALL be filed no later than April 20, 2012;

2.       **The parties are advised that no further extensions for the filing of the responsive pleading will be approved.**

IT IS SO ORDERED.

Dated:   **April 11, 2012**                          _____**/s/ Jennifer L. Thurston**_
                                                                          UNITED STATES MAGISTRATE JUDGE