# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUROTECH, LLC, et al., | CASE NO. CV F 12-0213 LJO JLT |
| Plaintiffs, | **ORDER TO DISMISS DEFENDANTS** |
| vs. | (Docs. 21-24.) |
| IPOINTER, INC., et al., | |
| Defendants. / | |

Based on the plaintiffs' notices of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action as to defendants Tim Denari, Michael Denari, iPointer, Inc., and Intelligent Gaming, LLC only. The clerk is directed NOT to close this action.

IT IS SO ORDERED.

**Dated:   April 16, 2012**          /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE