**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUROTECH, LLC, et al., | CASE NO. CV F 12-0213 LJO JLT |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** |
| vs. | (Doc. 26.) |
| IPOINTER, INC., et al., | |
| Defendants. / | |

Based on plaintiffs' notices of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action in its entirety;

2. VACATES all pending matters and dates, including the May 30, 2012 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   April 18, 2012**              /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

1